UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

ANTHONY LEE McNAIR,       )
             Plaintiff,      )
                      )
v.                   )     **JUDGMENT**
                      )
                      )     No. 4:12-CV-112-F
                      )
NASH COUNTY,            )
             Defendant.    )

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows.

**IT IS ORDERED, ADJUDGED AND DECREED** that the Memorandum and Recommendation (M&R) is ADOPTED as modified. Plaintiff's application to proceed *in forma pauperis* is ALLOWED, but his Complaint is DISMISSED.

<u>**This Judgment Filed and Entered on July 18, 2012, and Copies To:**</u>

Anthony Lee McNair (via regular mail to Greenville Community Shelters, Inc., 207 Manhattan Avenue, Greenville, NC 27834)

DATE                              JULIE A. RICHARDS, CLERK
July 18, 2012                  /s/ Susan K. Edwards
                              (By) Susan K. Edwards, Deputy Clerk