UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

ANTHONY LEE McNAIR, )
        Plaintiff, )
)
v. ) **JUDGMENT**
)
) No. 4:12-CV-112-F
)
NASH COUNTY, )
        Defendant. )

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows.

**IT IS ORDERED, ADJUDGED AND DECREED** that the Memorandum and Recommendation (M&R) is ADOPTED as modified. Plaintiff's application to proceed *in forma pauperis* is ALLOWED, but his Complaint is DISMISSED.

**This Judgment Filed and Entered on July 18, 2012, and Copies To:**

Anthony Lee McNair (via regular mail to Greenville Community Shelters, Inc., 207 Manhattan Avenue, Greenville, NC 27834)

| | |
|---|---|
| DATE | JULIE A. RICHARDS, CLERK |
| July 18, 2012 | /s/ Susan K. Edwards |
| | (By) Susan K. Edwards, Deputy Clerk |